**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| Richard Stewart,<br><br>Plaintiff,<br><br>v.<br><br>ConocoPhillips Company,<br><br>Defendant. | CASE NO. 1:24-CV-00200- DLH-CRH |

# JOINT STATUS REPORT AND MOTION TO CONTINUE TRIAL

The parties, by and through their undersigned counsel of record, submit this Joint Status Report/Motion to Continue Trial.

(1) Plaintiff commenced this action on September 4, 2024, in District Court for the Southwest Judicial District, County of Dunn, State of North Dakota. Defendant thereafter filed a Notice of Removal remove this action to this Court.

(2) The parties have engaged in extensive written discovery.

(3) Due to the nature of Plaintiff's claimed injuries, additional time was needed for Plaintiff to reach maximum medical improvement.

(4) The parties have conferred on remaining discovery, including updated medical records and several depositions.

(5) Given the need for additional discovery to be completed, the parties have conferred and jointly agree that a continuance of the currently scheduled pre-trial conference, set for

September 8, 2026, and the currently schedule trial, commencing on September 21, 2026, should be continued, and associated pretrial deadlines should be extended.

(6) The parties have been working diligently to move this matter forward in preparation for trial with the exchange of written discovery and documents.

(7) When considering a motion for continuance, district courts consider a number of factors, including (1) the nature of the case; (2) the diligence of the party requesting the continuance; (3) the opposing party's conduct; (4) the effect of the delay on both parties; (5) and the asserted need for the continuance. *See 391 Franklin Turnpike L.L.C. v. Tank*, No. 4:12-CV-162, 2014 WL 12605491, at *1 (D. N.D. Oct. 22, 2014).

(8) As noted above, although the parties have conducted written discovery, additional discovery is necessary. Specifically, the parties are working to obtain updated medical records and finalize depositions.

(9) Despite the parties pushing the matter forward, the parties still believe that a continuance of the currently scheduled pre-trial conference date and trial dates is necessary so that they may adequately prepare for trial.

(10) A continuance is not expected to result in any prejudice to any party hereto, and it is not believed that the Court would be prejudiced by the granting of a continuance.

(11) In addition, Fed. R. of Civ. P. 16(b)(4) provides that a pretrial schedule may be modified for good cause and with the judge's consent.

(12) Good cause exists because additional time was needed for Plaintiff to reach maximum medical improvement. The parties have engaged in written discovery and are actively working on obtaining any additional information needed to complete discovery.

(13) The parties are working to complete a stipulated Scheduling/Discovery Plan which they anticipate on filing within the next thirty (30) days.

(14) The parties propose the following deadlines:

| | |
|---|---|
| Fact discovery | 11/20/2026 |
| Discovery motions | 12/4/2026 |
| Plaintiff's experts | 01/19/2027 |
| Defendant's experts | 02/18/2027 |
| Rebuttal | 03/04/2027 |
| Expert depos | 04/05/2027 |
| Dispositive motions | 05/06/27 |

WHEREFORE, for good cause shown, the parties to this action respectfully request that the currently scheduled pre-trial conference and trial dates be continued and for such other and further relief as the nature of their cause requires.

Dated this 21st Day of August, 2026.

WEIKUM LAW, PLLC
2000 Schafer Street, Suite C
Bismarck, ND 58501
701.354.0124
Correspondence: *jeff@weikuminjurylaw.com*
Service: *service@weikuminjurylaw.com*

By: *<u>/s/ Jeffrey S. Weikum</u>*
Jeffrey S. Weikum
ND Lic. No. 05344

WILLIAMS ATTORNEYS, P.L.L.C
500 N. Water Street, Suite 500
Corpus Christi, TX 78401

361.885.0184
Correspondence: *justin@williamstrial.com*
Service: s*ervice@williamstrial.com*

By: *<u>/s/Justin L.Williams</u>*
Justin L. Williams
ND Lic. No. 08347

ATTORNEYS FOR PLAINTIFF

HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303.628.3300
*laferrierej@hallevans.com*

By: *<u>/s/ Jaclyn S. Laferriere</u>*
Jaclyn S. Laferriere
ND Lic. No. 08727

ATTORNEY FOR DEFENDANT